UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY OWENS and SHELLEY OWENS, )
)
    Plaintiff, )
)
v. ) CASE NO.: 16-CV-01009-JPG-RJD
)
PRAIRIE STATE GENERATING COMPANY )
)
    Defendant. )

## ANSWER TO COUNTERCLAIM AGAINST TIMOTHY OWENS

The Counter-Defendant, Timothy Owens, by his attorney, Greg Roosevelt, answers the counterclaim as follows:

### Parties, Jurisdiction and Venue

1.     Counter-Defendant admits the allegations of Paragraph 1.

2.     Counter-Defendant admits the allegations of Paragraph 2.

3.     Counter-Defendant admits the allegations of Paragraph 3.

4.     Counter-Defendant admits the allegations of Paragraph 4.

5.     Counter-Defendant admits the allegations of Paragraph 5.

WHEREFORE, Counter-Defendant respectfully requests that this Court deny the relief sought.

### Facts Common to All Counts

6.     Counter-Defendant denies only that his discharge was on October 31, 2014.

7.     Counter-Defendant admits the allegations of Paragraph 7.

8.     Counter-Defendant admits the allegations of Paragraph 8 in part but denies that leases and security deposits were always the practice.

9.     Counter-Defendant denies the allegations of Paragraph 9.

10.     Counter-Defendant denies the allegations of Paragraph 10.

11. Counter-Defendant denies the allegations of Paragraph 11.

12. Counter-Defendant denies the allegations of Paragraph 12.

13. Counter-Defendant denies the allegations of Paragraph 13.

14. Counter-Defendant denies the allegations of Paragraph 14.

15. Counter-Defendant denies the allegations of Paragraph 15.

16. Counter-Defendant denies the allegations of Paragraph 16.

17. Counter-Defendant denies the allegations of Paragraph 17.

18. Counter-Defendant denies the allegations of Paragraph 18.

19. Counter-Defendant denies the allegations of Paragraph 19.

20. Counter-Defendant denies the allegations of Paragraph 20

21. Counter-Defendant denies the allegations of Paragraph 21.

22. Counter-Defendant denies the allegations of Paragraph 22.

23. Counter-Defendant denies the allegations of Paragraph 23.

24. Counter-Defendant denies the allegations of Paragraph 24.

25. Counter-Defendant denies the allegations of Paragraph 25.

26. Counter-Defendant denies the allegations of Paragraph 26.

27. Counter-Defendant denies the allegations of Paragraph 27.

28. Counter-Defendant denies the allegations of Paragraph 28.

29. Counter-Defendant denies the allegations of Paragraph 29.

30. Counter-Defendant denies the allegations of Paragraph 30.

31. Counter-Defendant denies the allegations of Paragraph 31.

32. Counter-Defendant denies the allegations of Paragraph 32.

WHEREFORE, Counter-Defendant respectfully requests that this Court deny the relief sought.

## Count I
## Breach of Fiduciary Duty

33. Counter-Defendant denies the allegations of Paragraph 33.

34. Counter-Defendant denies the allegations of Paragraph 34.

35. Counter-Defendant denies the allegations of Paragraph 35.

36. Counter-Defendant denies the allegations of Paragraph 36.

37. Counter-Defendant denies the allegations of Paragraph 37.

38. Counter-Defendant denies the allegations of Paragraph 38.

39. Counter-Defendant denies the allegations of Paragraph 39.

40. Counter-Defendant denies the allegations of Paragraph 40.

41. Counter-Defendant denies the allegations of Paragraph 41.

WHEREFORE, Counter-Defendant respectfully requests that this Court deny the relief sought.

## Count II
## Conversion

42. Counter-Defendant denies the allegations of Paragraph 42.

43. Counter-Defendant denies the allegations of Paragraph 43.

44. Counter-Defendant denies the allegations of Paragraph 44.

45. Counter-Defendant denies the allegations of Paragraph 45.

WHEREFORE, Counter-Defendant respectfully requests that this Court deny the relief sought.

## Count III
## Unjust Enrichment

46. Counter-Defendant denies the allegations of Paragraph 46.

47. Counter-Defendant denies the allegations of Paragraph 47.

48. Counter-Defendant denies the allegations of Paragraph 48.

49. Counter-Defendant denies the allegations of Paragraph 49.

50. Counter-Defendant denies the allegations of Paragraph 50.

WHEREFORE, Counter-Defendant respectfully requests that this Court deny the relief sought.

Respectfully submitted,

/s/Greg Roosevelt
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that **Answer to Counterclaim Against Timothy Owens** was sent via the CM/ECF system to the following on the 26th day of April, 2017.

Andrew J. Martone
Matthew B. Robinson
Gilbert B. Williams
HESSE MARTONE, P.C.
13354 Manchester Road, Suite 100
St. Louis, MO 63131
314-862-0300
314-862-7010 Fax
andymartone@hessemartone.com
mattrobinson@hessemartone.com
gilwilliams@hessemartone.com
*Attorneys for Defendant Prairie State Generating Company*

/s/Greg Roosevelt
Roosevelt Law Office
610 St. Louis Street
Edwardsville, Illinois 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com