IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY OWENS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRAIRIE STATE GENERATING COMPANY,<br><br>Defendant. | Case No. 16-cv-1009 JPG/RJD |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 26, 2018**       **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                     **s/Tina Gray**
                                                     **Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**